**DEPARTMENT OF THE ARMY**
BALTIMORE DISTRICT, U. S. ARMY CORPS OF ENGINEERS
P. O. BOX 1715
BALTIMORE, MD 21203-1715





RECEIVED

OCT 25 2005

OFFICE OF THE ATTORNEY GENERAL
ASSESSMENTS & TAXATION

October 21, 2005

Real Estate Division

Mr. David Lyon
Assistant Attorney General
Counsel to Department of Assessments and Taxation
Office of the Attorney General
State of Maryland
301 W. Preston Street
8th Floor
Baltimore, Maryland 21201

Dear Mr. Lyon:

The land comprising the proposed lease area at the Aberdeen Proving Ground, Maryland Boulevard Enhanced Use Lease project was acquired in accordance with directives issued by the Department of the Army in April 1940 and June 1941. The six tracts that make up the Maryland Boulevard site were acquired from September 1941 to October 1942 by either deed or declaration of taking.

If further information or clarify is needed, please feel free to call me at 410-962-3000.

Sincerely,

Robert J. Penn
Assistant Chief, Real Estate Division